IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANGELA DENISE NAILS,

    Plaintiff,

Case NO: 1:07-CV-005-MEF

Vs

CENTURYTEL PHONE COMPANY,

    Defendant,

## MOTION FOR RECONSIDERATION

The plaintiff jurisdiction for this case falls in Federal District Court jurisdiction. Jurisdiction FRCP Rule 12(b)(1)(2). Constitution Subject matter jurisdiction Article III. Subject matter jurisdiction power to hear the kind of cases a lawsuit involves. Personal Jurisdiction power over the parties involved in the lawsuit. There is also the Full Faith and Credit FRCP Rule. The Federal district court could also because the defendant has violated the Federal Telephone access Rules.

_Angela Denise Nails_
ANGELA DEISE NAILS

PRO SE ATTOREY