IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:07-cv-005-MEF |
| | ) |
| CENTURYTEL PHONE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Reconsideration (Doc. #5) filed on January 22, 2007, it is hereby

ORDERED that the motion is DENIED.

DONE this the 23rd day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE